IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:07cr61-SPM

JAMES EDWARD MITCHELL, II,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the defendant, JAMES EDWARD MITCHELL, II, to Counts One and Two of the indictment is hereby REJECTED.

DONE AND ORDERED this 24th day of March, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge