IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 4:07cr61-SPM

JAMES EDWARD MITCHELL II,

     Defendant.

_____/

## ORDER FOR PRETRIAL SUBMISSIONS

This cause comes before the Court on the Court's own motion. Trial has been continued several times and is now set for 8:30 a.m. on Tuesday, May 27, 2008. The attorneys are reminded of the October 9, 2007, Order Setting Trial and Other Pretrial Matters that requires them to file "a witness list that includes a summary of each witness's testimony and an estimate of the length of time that testimony will take to present." Doc. 8 at ¶ H. This list must be filed "**at least seven (7) days prior to the trial date.**" Id. (emphasis added). The attorneys should also confer with each other in a good faith effort to agree upon a set of proposed instructions and verdict form for submission at the attorney conference at 8:30 a.m. on May 27, 2008. Doc. 8 at ¶ I.

SO ORDERED this 13th day of May, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge