IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs                                           Case No. 4:07cr61-SPM

**JAMES EDWARD MITCHELL II**

        Defendant

_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On October 3, 2007, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging him with various violations of Title 18, United States Code.

2. The Indictment included a Forfeiture Count, pursuant to 18 U.S.C. §§ 981(a)(1), 982(a)(2)(A) and 28 U.S.C. § 2461(c).

3. On May 14, 2008, James Mitchell pled Nolo Contendere to counts one through seven of the Indictment.

4. The United States seeks forfeiture of:

    **A.**     **SunTrust Bank account 1000056096422 in the name of James E. Mitchell II**
    **B.**     **SunTrust Bank account 1000055848880 in the name of Triple Threat Promotions LLC**
    **C.**     **Envision Credit Union account 82558 in the name of James E. Mitchell**

|   |   |
|---|---|
|   | II |
| D. | Wal-Mart profit sharing 401(k) c/o Merrill Lynch in the name of James Mitchell |
| E. | 2001 Yamaha YZF600R motorcycle, VIN: JYA5AHE051A025283 |
| F. | $1,003.00 in U.S. Currency |

5. The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. §§ 981(a)(1), 982(a)(2)(A) and 28 U.S.C. § 2461(c);

it is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of 18 U.S.C. §§ 981(a)(1), 982(a)(2)(A) and 28 U.S.C. § 2461(c):

|   |   |
|---|---|
| A. | **SunTrust Bank account 1000056096422 in the name of James E. Mitchell II** |
| B. | **SunTrust Bank account 1000055848880 in the name of Triple Threat Promotions LLC** |
| C. | **Envision Credit Union account 82558 in the name of James E. Mitchell II** |
| D. | **Wal-Mart profit sharing 401(k) c/o Merrill Lynch in the name of James Mitchell** |
| E. | **2001 Yamaha YZF600R motorcycle, VIN: JYA5AHE051A025283** |
| F. | **$1,003.00 in U.S. Currency** |

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

      1.      State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

      2.      To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this 9th day of December, 2008.

                                                 _s/ Stephan P. Mickle_
                                                 Stephan P. Mickle
                                                 United States District Judge