IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

       Plaintiff

vs                                      Case No. 4:07cr61-SPM

**JAMES EDWARD MITCHELL II**

       Defendant

_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on August 20, 2008, this Court entered a Preliminary Order Of Forfeiture against the following property:

    A.    **SunTrust Bank account 1000056096422 in the name of James E. Mitchell II**

    B.    **SunTrust Bank account 1000055848880 in the name of Triple Threat Promotions LLC**

    C.    **Envision Credit Union account 82558 in the name of James E. Mitchell II**

    D.    **Wal-Mart profit sharing 401(k) c/o Merrill Lynch in the name of James Mitchell**

    E.    **2001 Yamaha YZF600R motorcycle, VIN: JYA5AHE051A025283**

    F.    **$1,003.00 in U.S. Currency;** and

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning September 26, 2008.  Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

DONE AND ORDERED this 9th  day of December, 2008

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge